## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**RAHEEM KING,**

      Plaintiff,

v.                                        Civil Action No. **3:15CV674**

**SUPERITENDENT KIPLINKSY,** *et al.*,

      Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on November 23, 2015, the Court conditionally docketed Plaintiff's action.   On December 9, 2015, the United States Postal Service returned the November 23, 2015 Memorandum Order to the Court marked, "RETURN TO SENDER," "UNCLAIMED," and "UNABLE TO FORWARD."   Since that date, Plaintiff has not contacted the Court to provide a current address.   Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action.  *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 12/21/15
Richmond, Virginia