IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RAHEEM KING,**

    Plaintiff,

v.                                                                                                                 Civil Action No. **3:15CV674**

**SUPERITENDENT KIPLINKSY,** *et al.*,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Opinion and Order entered on December 21, 2015, the Court dismissed Plaintiff's action because he relocated and failed to contact the Court to provide a current address. On December 22, 2015, the Court received a letter postmarked December 18, 2015 from Plaintiff providing his new address. In light of Plaintiff's interest in continuing to prosecute the action, the Court will VACATE the December 21, 2015 Memorandum Opinion and Order. The Court will continue to process the action.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                                /s/                 
                                                          John A. Gibney, Jr.
Date: 12/30/15                                        United States District Judge
Richmond, Virginia